AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Gustavo GONZALEZ-Arredondo | ) Case No. M-19-1265-M |
| YOB: 1987 | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 29, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance |
| 21 U.S.C. Section 841(a)(1) | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

See the attached affidavit

☑ Continued on the attached sheet.

REVIEWED BY
AUSA Jese Salazar

*Complainant's signature*

Nathaniel J. Yates, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/03/2019 - 1:78 p.m.

*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, United States Magistrate Judge
*Printed name and title*

**Attachment "A"**

Before the United States Magistrate Judge, Southern District of Texas, I, Nathaniel Yates, Special Agent of the United States Immigration and Customs Enforcement, Homeland Security Investigations, being duly sworn, depose and state the following:

On May 29, 2019, a police officer (hereinafter referred to as the "UC"), who was then acting in an undercover capacity as a commercial truck driver, received a phone call from an unknown individual, later identified as Gustavo GONZALEZ-Arredondo (hereinafter referred to as "GONZALEZ"), who asked to meet with the UC at 3:00 p.m. in McAllen, Texas. This meeting had two purposes. First, GONZALEZ would give the UC approximately 10 kilograms of cocaine, which the UC would transport to Chicago, Illinois. Second, the UC would give GONZALEZ an envelope containing the UC's identification and/or identifying information.

Prior to the above-mentioned telephone call, on multiple occasions, the UC spoke with a known drug trafficker, Omar Israel LOPEZ-Urbina (hereinafter referred to as "LOPEZ"), by telephone and in person. During a phone call that occurred on May 29, 2019, LOPEZ told the UC that he would pass the UC's telephone number to an unknown associate, later determined to be GONZALEZ, who would give the UC approximately 10 kilograms of cocaine, which LOPEZ would pay the UC to transport to Chicago, Illinois.

On May 29, 2019, at approximately 3:30 p.m., the UC met with GONZALEZ in the McAllen, Texas area. GONZALEZ provided the UC with a black duffel bag containing 13 "bricks", collected the UC's identification and/or identifying information, watched as the UC counted the bundles inside the duffel bag, and left the area. Shortly thereafter, agents seized the suspected cocaine and determined that the total weight of the 13 "bricks" was 14.7 kilograms. Agents opened two "bricks" with a knife and conducted field tests on a small portion of the contents of each "brick". The field tests resulted in a positive indication for the presence of cocaine in both "bricks".